# In the United States Court of Federal Claims

No. 21-11 C
Filed: January 4, 2021

|  |  |
|---|---|
| TRAILBOSS ENTERPRISES, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| *Defendant*, | ) |
| and | ) |
| G4S SECURE SOLUTIONS (USA) INC., | ) |
| *Defendant-Intervenor*. | ) |

## ORDER

On January 4, 2021, G4S Secure Solutions (USA) Inc. ("G4S"), the putative awardee of the contract at issue in this suit, filed an unopposed motion to intervene, seeking to intervene as a matter of right pursuant to Rule 24(a) of the Rules of the United States Court of Federal Claims. *See* ECF No. 11. G4S timely filed the present motion on the same day that the Clerk's Office filed Plaintiff's sealed complaint onto the docket. *See* ECF No. 1. G4S claims an interest in the transaction that is the subject of this action, made a showing that it situated such that the disposition of this action may impair or impede its ability to protect that interest, and has shown that its interest is not adequately represented by existing parties. *See* ECF No. 11 at 2.

As such, G4S has satisfied the requirements for intervention as a matter of right under RCFC Rule 24(a). Therefore, the Court hereby **GRANTS** G4S's motion to intervene.

**IT IS SO ORDERED.**

s/ Edward H. Meyers
Edward H. Meyers
Judge